FILED
2010 Jan-05 PM 02:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
JAN - 5 2010
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARY ANN MORIARTY,                  }
                                    }
    Plaintiff,                      }
                                    }
v.                                  }    CIVIL ACTION NO.
                                    }    09-AR-1533-S
MORENO & WOODS, LLC,                }
                                    }
    Defendant.                      }
                                    }

## VERDICT

We, the jury, find that plaintiff, Mary Ann Moriarty, has proven by a preponderance of the evidence that she is entitled to the following damages against defendant, Moreno & Woods, LLC:

1. Compensatory damages in the amount of $ 25,000.00.

2. Punitive damages in the amount of $ 100,000.00.

SO SAID WE ALL


DATED: January 5, 2010