FILED
2010 Jan-20 PM 02:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION

MARY ANN MORIARTY,              }
                                }
     Plaintiff,                 }
                                }      CIVIL ACTION NO.
v.                              }      09-AR-UNAS-1533-S
                                }
MORENO & WOODS, LLC,            }
                                }
     Defendant.                 }
                                }
```

## MEMORANDUM OPINION

The court has evaluated the motion of plaintiff, Mary Ann Moriarty, for attorneys' fees and costs.  Not because defendant is in default, but because the court finds that the requested fees and costs are fair and reasonable, the motion is GRANTED, and the judgment will be amended accordingly.

DONE this 20th day of January, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE