FILED
2010 Jan-20  PM 02:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| MARY ANN MORIARTY,        } | |
|     Plaintiff,     } | |
|                     } | CIVIL ACTION NO. |
| v.                        } | 09-AR-UNAS-1533-S |
| MORENO & WOODS, LLC,      } | |
|     Defendant.     } | |

## AMENDMENT TO FINAL JUDGMENT

In accordance with the accompanying memorandum opinion, the judgment entered on January 5, 2010, in the above-entitled case is AMENDED to substitute for the figure $125,000, the figure $135,521.

Costs, which will include plaintiff's filing fee of $350, are taxed against defendant.

DONE this 20th day of January, 2010.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE